**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 01-6563**

————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

ALVON ALLEN THOMAS, a/k/a Kebo,

                                    Defendant - Appellant.

————————

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  N. Carlton Tilley, Jr., Chief District Judge.  (CR-97-118, CA-00-156-1)

————————

Submitted:  September 20, 2001      Decided:  September 26, 2001

————————

Before LUTTIG, KING, and GREGORY, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Alvon Allen Thomas, Appellant Pro Se.  Clifton Thomas Barrett, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alvon Allen Thomas appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Thomas' motions for a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Thomas, Nos. CR-97-118, CA-00-156-1 (M.D.N.C. filed Jan. 23, 2001; entered Jan. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED